JACKSON took no part in the consideration and decision of this application. *Mr. David H. Cannon* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Warner W. Gardner, Gordon B. Tweedy,* and *Earl C. Crouter* for the United States.

No. 193. SIMON *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Arthur Garfield Hays* and *Sidney Struble* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 196. FERGUSON *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Harry P. Lawther, Maury Hughes,* and *D. A. Frank* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 200. DuPONT *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 201. RASKOB *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Joseph M.*